UNITED STATES DISTRICT
COURT MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DOLORES BREWER, as Next Friend of
MILLICENT BREWER,

      Plaintiff,                    Case No.: 6:22 – cv-1538-CEM-EJK

vs.

THE EVANGELICAL LUTHERAN
GOOD SAMARITAN SOCIETY d/b/a
GOOD SAMARITAN SOCIETY-
KISSIMMEE VILLAGE

      Defendant.
_____/

**<u>FORMER PLAINTIFF'S COUNSEL'S RESPONSE TO DEFENDANT'S
ARBITRATION STATUS REPORT DATED JANUARY 30, 2024</u>**

COMES NOW, former Plaintiff's counsel, and submits the following Response to Defendant's Arbitration Status Report dated January 30, 2024:

1. Former Plaintiff's counsel has reviewed Defendant's Arbitration Status Report and agrees with its contents.

2. As Defendant's Arbitration Status Report noted, undersigned counsel (former Plaintiff's counsel) withdrew from representing the Plaintiff on November 9, 2023 and was relieved of all further duties in this case.

3. As a result, former Plaintiff's counsel takes no position on Defendant's Arbitration Status Report and this Court's order entered on February 1, 2024. Yet, undersigned counsel has forwarded Defendant's Arbitration Status Report and this Court's Order dated February 1, 2024 to the former client.

4. If the Court requires anything further from undersigned counsel, we will certainly respond accordingly.

Dated: February 19, 2024.

_____
William A. Dean, Esq.
Florida Bar No.:118354
FORD, DEAN & ROTUNDO, P.A.
*Former Attorneys for the Plaintiff*
3323 NE 163rd Street
Suite 605
North Miami Beach, FL 33160
Tel: (305) 670-2000
Fax: (305) 670-1353
Bill@forddean.com
Tammy@forddean.com
Service@forddean.com